# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMILCAR MENIJIVAR-UMANA,<br><br>  Petitioner,<br><br>  v.<br><br>WARDEN CLAIR DOLL,<br><br>  Respondent. | No. 4:20-CV-00443<br><br>(Judge Brann) |

## ORDER

### JANUARY 13, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, Doc. 1, is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge